## 65395. MARTIN v. WILSON.

DEEN, Presiding Judge.
This appeal was filed with this court on October 8, 1982. Having received neither an enumeration of errors nor a brief, on November 9, 1982, this court ordered appellant to file such by no later than November 15, 1982. The appellant having failed to present either despite that order, we hereby dismiss the appeal pursuant to Rules 27 (a) and 14 of the Rules of the Court of Appeals.

*Banke and Carley, JJ., concur.*

DECIDED·JANUARY 25, 1983.
Tenant holding over. Fulton State Court. Before Judge Moran.
E. G. Martin, *pro se.*